■ In the Matter of LOUIS KLEIMAN (Admitted as LOUIS EDWIN KLEIMAN), a Disbarred Attorney. [763 NYS2d 748] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to the Departmental Disciplinary Committee to designate a hearing panel to hear and report, as indicated. No·

opinion. Concur—Sullivan, J.P., Lerner, Friedman, Marlow and Gonzalez, JJ.